UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAMEEKA MCKINNEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1847** |
| **KEITH DEVILLE, WARDEN** | **SECTION "F"(3)** |

### O R D E R

LAMEEKA MCKINNEY has applied to this Court for a writ of habeas corpus under 28 U.S.C. § 2254. In order for the Court to determine the action, if any, that shall be taken on this application,

**IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of this application and this Order on the Attorney General for the State of Louisiana and the District Attorney and the Clerk of Court for Jefferson Parish, Louisiana.

**IT IS FURTHER ORDERED** that the Attorney General and District Attorney file an answer to the application, together with a legal memorandum of authorities in support of the answer within thirty (30) days of entry of this order. The answer shall state whether petitioner has exhausted state remedies, including any post-conviction remedies available to petitioner under Louisiana law and petitioner's right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceedings. The answer shall further set forth the dates of filing and disposition of each appeal and post-conviction application and whether the one-year period of limitation for filing this petition has expired.

**IT IS FURTHER ORDERED** that the District Attorney for Jefferson Parish, Louisiana shall file with the Court, within thirty (30) days of entry of this order, a certified copy of the entire

state court record.  **This shall include all pleadings, briefs, memoranda, and other documents filed in connection with any application for post-conviction relief or appeal, transcripts of <u>all</u> proceedings held in any state court, and all state court dispositions.**  In the event the District Attorney is unable to produce any of these documents, he shall advise the Court in writing as to the reason why he is unable to do so.

**IT IS FURTHER ORDERED** that the Clerk of Court shall take necessary precautions to insure that the state court record is not damaged or destroyed and shall, within ninety (90) days of the finality of these proceedings, including any appellate proceedings, return the state court record to the Clerk of Court for Jefferson Parish, Louisiana.

All state court documents which are to be filed pursuant to this Order should be addressed to the Office of the Clerk, Pro Se Unit, United States District Court, 500 Poydras Street, Room C-151, New Orleans, Louisiana  70130.

New Orleans, Louisiana, this fifteenth day of August, 2014.

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE