UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAMEEKA MCKINNEY (DOC # 626472)** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1847** |
| **KEITH DEVILLE, WARDEN** | **SECTION F (3)** |

**RESPONDENT'S MOTION FOR LEAVE
TO ADOPT PREVIOUSLY-FILED STATE COURT RECORD
AND FOR MODIFICATION OF ORDER DATED AUGUST 15, 2014**

This matter comes before the court as a federal habeas corpus petition filed under 18 U.S.C. § 2254(d). The issues raised in the instant petition mirror the issued raised by the same petitioner in an earlier petition, which was filed under 18 U.S.C. § 2241. See Lameeka McKinney v. Newell Norman, Sheriff, 14-cv-0489 (E.D. La.). The Court, under the previous docket number (14-cv-0489), ordered the respondent to produce a copy of "the entire state court record." Exhibit 1 (14-cv-0489, Rec. Doc. 2). The respondent did so, presenting the record in eight volumes consisting of one thousand six hundred forty-four (1,644) pages on April 16, 2014. See Exhibit 2 (14-cv-0489, Rec. Doc. 5, pp. 2-3).

The Court has, under the present docket number (14-cv-0489), ordered the respondent to

1

produce a copy of "the entire state court record" (14-cv-1847, Rec. Doc. 3).

Because the bulk of the record has already been produced to the court, the respondent prays for leave to:

(1) adopt the record presented to this Court under docket 14-cv-0489 without necessity of duplication, and

(2) present to this Court only those state court records which have been generated since April 16, 2014, the date that the (then) complete state court record was presented to the Court under docket 14-cv-0489.

Because this request is inconsistent with the Court's August 15, 2014 order to produce the entire state court record, the respondent additionally prays that the Court's August 15, 2014 order be modified to allow adoption of the previously-filed record and supplementation thereof.

WHEREFORE, the respondent respectfully that this Court (1) adopt for use in this case the state court record presented under docket number 14-cv-0489, and (2) modify its August 15, 2014 order requiring the production of "the entire state court record" and require instead only the production of state court records generated since April 16, 2014.

        Respectfully Submitted,

        /s/Matthew Caplan

        Matthew Caplan, #31650
        Assistant District Attorney
        Parish of Jefferson
        200 Derbigny Street
        Gretna, Louisiana 70053
        Tel: (504) 361-2687
        Email: mcaplan@jpda.us

CERTIFICATE OF SERVICE

    I hereby certify that on September 30, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of the State of Louisiana by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                      /s/ Matthew Caplan  
                                                      Matthew Caplan  
                                                      La. Bar No. 31650  
                                                      Assistant District Attorney  
                                                      Parish of Jefferson