**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LAMEEKA MCKINNEY (DOC # 626472)** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1847** |
| **KEITH DEVILLE, WARDEN** | **SECTION F (3)** |

**ORDER**

Considering Respondent's *Motion for Leave to Adopt Previously-Filed State Court Record and for Modification of Order Dated August 15, 2014*;

IT IS HEREBY ORDERED that the Respondent's motion is GRANTED. The Court hereby incorporates into the record of this case the state court record submitted on April 16, 2014 under docket number 14-cv-0489 of this Court. The Court further orders that the respondent need produce only those portions of the state court record which have been generated subsequent to April 16, 2014.

New Orleans, Louisiana, this ______ day of ____________________, 2014.

______________________________________
JUDGE