UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LAMEEKA MCKINNEY**               **CIVIL ACTION**

**VERSUS**                         **NO. 14-1847**

**KEITH DEVILLE, WARDEN**          **SECTION: "F"(3)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Lameeka McKinney is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  2nd  day of    November   , 2016.

_____
**UNITED STATES DISTRICT JUDGE**